UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Aaron Burnette, | ) | CASE NO.: 5:22CV2342 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| | ) | |
| | ) | |
| City of Norton, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Consistent with the Court's status conference conducted on April 17, 2025, *pro se* Plaintiff Aaron Burnette is hereby granted permission to file electronically in this matter. Consistent with Local Rule 5.1, this permission may be revoked at any time if Burnette fails to comply with Court rules and/or orders. To facilitate this access, Burnette is required to complete and submit the Pro Se Litigant Registration for Electronic Filing form to the Clerk of Court.

IT IS SO ORDERED.

DATED: April 17, 2025          */s/ John R. Adams*
                              JOHN R. ADAMS
                              UNITED STATES DISTRICT JUDGE